UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTAUNE BROWN,

                Plaintiff,

  -v-

MADISON WINE AND LIQUOR LLC
and KWONG MAY, LLC,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 1715 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the settlement conference held today, October 24, 2022, the Court Orders as follows:

1. A telephonic follow-up settlement conference is scheduled for **Monday, November 14, 2022 at 4:00 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

2. The Court continues to hold in abeyance the entry of a case management plan. (See ECF No. 17).

Dated:      New York, New York
             October 24, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**