UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTAUNE BROWN,

                Plaintiff,

-v-

MADISON WINE AND LIQUOR LLC
and KWONG MAY, LLC,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 1715 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the settlement conference held today, November 28, 2022, the Court Orders as follows:

1. A telephonic follow-up settlement conference is scheduled for **Monday, December 5, 2022 at 5:00 p.m.** on the Court's conference line (the "Follow-Up Conference"). The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

2. If the parties finalize their agreement ahead of the Follow-Up Conference, the parties shall file a stipulation of dismissal for the review and endorsement of the Honorable Paul G. Gardephe.

Dated:     New York, New York
             November 28, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**