UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTAUNE BROWN,<br><br>                              Plaintiff,<br><br>     -v-<br><br>MADISON WINE AND LIQUOR LLC<br>and KWONG MAY, LLC,<br><br>                              Defendants. | CIVIL ACTION NO.: 22 Civ. 1715 (PGG) (SLC)<br><br>**<u>ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the settlement conference held today, December 5, 2022, the Court Orders as follows:

1. The parties are directed to finalize their settlement agreement by **Friday, December 9, 2022.** By **Monday, December 12, 2022** Plaintiff shall file a letter advising the Court whether the parties have finalized the settlement agreement (the "Letter"). Following receipt of the Letter, if the parties have been unable to finalize their settlement agreement, the Court will hold an **<u>in-person status conference</u>** to facilitate a final resolution of this action.

2. Defendant is directed to provide, and review, **<u>this Order</u>** with the landlord of the real property located at 45 Madison Street, New York, New York 10038.

3. Should the parties finalize their agreement by Friday, December 9, 2022, they must file a stipulation of dismissal for the review and endorsement of the Honorable Paul G. Gardephe.

Dated: New York, New York
December 5, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**